

**HILL RIVKINS LLP**
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600     Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

April 9, 2025

**Via CM/ECF System**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

> Re:   **Joint Request to Adjourn Initial Pretrial Conference**
> *Travelers Prop. Cas. Co. of Am. v. Maersk A/S*
> SDNY Case No. 25-CV-592 (AS)
> ------------------------------------------------------------------

Dear Judge Subramanian:

We represent Plaintiff Travelers Property Casualty Company of America ("Travelers") in the above-referenced action. Pursuant to section E of Your Honor's individual rules, we write jointly with counsel for Defendant Maersk A/S ("Maersk") to respectfully request a short, 30-day adjournment of (a) the initial pretrial conference currently scheduled for April 24, 2025 at 3:00 p.m., and (b) the corresponding deadline for the parties to submit their joint letter and proposed case management plan. This is the first such extension request.

The parties are currently exploring the possibility of an early settlement, which if successful would obviate the need for the Court to conduct an initial conference. Accordingly, we respectfully request a short extension to accommodate the parties' negotiations and to conserve judicial resources.

We thank the Court for its consideration of the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

Respectfully submitted,
HILL RIVKINS LLP

*/s/ Justin M. Heilig*

Justin M. Heilig

Cc:   William J. Pallas (via email: pallas@freehill.com)
      *Counsel for Maersk A/S*

---

The conference is adjourned to **May 9, 2025 at 3:30 PM** using the same dial-in information. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: April 9, 2025